**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

FENWICK BROCK #398630                    CASE NO. 1:17-CV-00172 SEC P

VERSUS                                   CHIEF JUDGE DRELL

LASALLE CORRECTIONS                      MAGISTRATE JUDGE PEREZ-MONTES
CORP ET AL

### MEMORANDUM ORDER

On January 23, 2017, a complaint was filed by the plaintiff.  On January 27, 2017, a memorandum order was issued by this court ordering the plaintiff within 30 days of the date of the order to pay the filing fee or submit an IFP application and to resubmit the complaint on an approved form.  Mover has failed to take the required action in accordance with the memorandum order.  Accordingly,

**IT IS ORDERED** that the complaint submitted by the plaintiff on January 23, 2017, be, and hereby is, stricken from the record.

THUS DONE in Chambers on this ___14th___ day of ___March___, 2017.

_____
Joseph H. L. Perez-Montes
United States Magistrate Judge